**STATE of Missouri, Respondent,**

v.

**Richard HAMIL, Appellant.**

**No. WD 35651.**

Missouri Court of Appeals,
Western District.

Feb. 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 2, 1985.

Application to Transfer Denied April 30, 1985.

George M. Ely, Hamilton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for murder, second degree, in violation of § 565.004, RSMo 1978.

Judgment affirmed. Rule 30.25(b).